```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

STEVEN JAMES SMITH                                                PLAINTIFF

      v.               Civil No. 11-5055

SHERIFF KEITH FERGUSON; and
DETECTIVE DANA WINN                                              DEFENDANTS

## O R D E R

Now on this 22nd day of March, 2012, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #28), to which no objections have been filed, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed with prejudice.**

IT IS SO ORDERED.

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE